**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. District Judge:** James A. Soto | **Date:** April 7, 2022 |
| **USA v. Feinberg et al** | **Case Number:** CR-18-01786-TUC-JAS |

**Assistant U.S. Attorney:** Jane L. Westby and Jackson Stephens

**Defendant-1:** Michael Feinberg

**Interpreter:** N/A
**Attorney for Defendant:** Lance Justin Wood, CJA
**Defendant:** ☒ Present  ☐ Not Present  ☒ Released  ☐ Custody  ☐ Summons  ☐ Writ

**Defendant-2:** Betsy Feinberg

**Interpreter:** N/A
**Attorney for Defendant:** Saul Martin Huerta, CJA
**Defendant:** ☒ Present  ☐ Not Present  ☒ Released  ☐ Custody  ☐ Summons  ☐ Writ

**JURY TRIAL: DAY 7**

(9:00am Jurors arrive to resume deliberations)

10:05am:  Counsel are present. Defendants are present. Jurors are not present. The clerk has been informed that the Jury has reached a verdict.  The Court directs for entry of the Jurors.

10:09am: Jurors enter Courtroom. The Jury Foreperson states the Jurors have reached a verdict.  The Jury finds the defendants Michael Feinberg and Betsy Feinberg Guilty as to Counts 1, 4, 5, 8, 10, 13, and 15.  The Court directs the clerk to file and record the verdict.  Jurors are thanked and excused.

Sentencing is set as to both defendants for 6/15/2022 at 3:00pm.  The Probation department is ordered to prepare a presentence report as to each defendant.  Defendants shall remain released under presently set conditions of pretrial release.

Defense counsel renew their Motion for Judgment of Acquittal and objections.   The Court denies the Motion for the reasons as stated in it's original ruling.

10:16am: Jury Trial concluded.

**Jury Trial: 11 min**

Court Reporter: Cindy Shearman                                                                       **Start:  10:05am**
Deputy Clerk Tiffany Dame                                                                              **Stop:   10:16am**