☒ FILED   ☐ LODGED
**Apr 07 2022**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Betsy Feinberg - 002,<br><br>  Defendants. | No. CR-18-01786-001-TUC-JAS (DTF)<br><br>**VERDICT** |

WE THE JURY FIND THE DEFENDANT, BETSY FEINBERG,

### COUNT ONE

___GUILTY___, as charged in Count One of the Indictment charging
(NOT GUILTY / GUILTY)

Conspiracy to Commit Wire Fraud.

### COUNT FOUR

___GUILTY___, as charged in Count Four of the Indictment charging
(NOT GUILTY / GUILTY)

Conspiracy to Commit Securities Fraud.

## COUNT FIVE

___GUILTY___, as charged in Count Five of the Indictment charging
(NOT GUILTY / GUILTY)

Securities Fraud on or about October 5, 2012, relating to the:

Deposit of $50,000 into Bank of America from B.L.

## COUNT EIGHT

___GUILTY___, as charged in Count Eight of the Indictment charging
(NOT GUILTY / GUILTY)

Securities Fraud on or about March 11, 2013, relating to the:

Deposit of $10,000 into Bank of America from M.M.

## COUNT TEN

___GUILTY___, as charged in Count Ten of the Indictment charging
(NOT GUILTY / GUILTY)

Securities Fraud on or about April 1, 2013, relating to the:

Deposit of $15,000 into Bank of America from J.V.

## COUNT THIRTEEN

___GUILTY___, as charged in Count Thirteen of the Indictment charging
(NOT GUILTY / GUILTY)

Securities Fraud on or about July 29, 2013, relating to the:

Deposit of $25,000 into Bank of America from A.B.

## COUNT FIFTEEN

___GUILTY___, as charged in Count Fifteen of the Indictment charging
(NOT GUILTY / GUILTY)

Securities Fraud on or about October 4, 2013, relating to the:

Deposit of $5,000 into Bank of America from J.H.

___# 42___                                   ___APRIL 7, 2022___
Juror Number of Foreperson                             Date