☒ FILED  ☐ LODGED
**Apr 07 2022**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>v.<br>Michael Feinberg<br>Betsy Feinberg,<br>　　　　Defendant. | No. CR-18-1786-TUC-JAS(DTF)<br><br>**RETURN OF EXHIBITS** |

Receipt is hereby acknowledged for the exhibits submitted and or admitted during the Jury Trial conducted 3/29/2022 through 4/6/2022.

Exhibits shall be kept in my/our possession until all appeal time has run in this matter or until further Order of the Court.

Plaintiff Exhibits as referenced on separated exhibit list.

Dated:　4/7/2022　　　　　　By: _____
　　　　　　　　　　　　　　　　Jane Westby and Jackson Stephens
　　　　　　　　　　　　　　　　Assistant United States Attorney